No. 98–5449. BUCHSBAUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5451. SANFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5452. OLIVERAS-MEDRANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5453. SMITH v. MERKLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–5454. VIVEROS-CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5455. TELLERIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5456. WORTHINGTON v. DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–5457. CUSTODIO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5458. EDWARDS v. TOBIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5459. CHHORN v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. 2d Cir. Certiorari denied.

No. 98–5460. BOUDREAU v. JARVIS, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5461. CURTIS v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5462. CLARKS v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–5464. AUSTIN v. PINE, ATTORNEY GENERAL OF RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 98–5465. BATOR v. BREEN ET AL. C. A. 9th Cir. Certiorari denied.